

MINUTE ENTRY
CHASEZ, M.J.
MARCH 3, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-0428 |
| TEXACO, INC., ET AL. | SECTION: "K"(5) |

Oral argument on defendant's, Texaco Inc. ("Texaco"), Motion for More Definite Statement will be conducted on March 22, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY MAR 09 2000