```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2000 MAR 10  A 11: 11

                              LORETTA G. WHYTE
                                   CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 9, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-0428 |
| TEXACO, INC., ET AL. | SECTION: "K"(5) |

Oral argument on Motion of Toce Oil Co., Inc. for a More Definite Statement will be conducted on March 22, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                                ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY **MAR 10 2000**

Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
Doc. No. ____