```
                FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2000 MAR 15  P 1:11

         LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CIVIL ACTION |
| **VERSUS** | NO. 00-428 |
| **TEXACO, INC, ET AL.** | SECTION K(5) |

### TRANSFER ORDER

Having determined that this matter involves subject matter that comprises a material part of the subject matter or operative facts of *Terrebonne Parish School Board v. Mobil Oil Corporation*, Civil Action No. 00-310,

**IT IS ORDERED** that this matter be and hereby is **TRANSFERRED** to Section "E " (5) of this court pursuant to Local Rule LR3.1.1E.

New Orleans, Louisiana, this 14th day of March, 2000.

**TRANSFERRED TO:**
**SECT. E**

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 1 5 2000

Doc.No. _____