

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
|---|---|
| | NO. 00-0310<br>c/w 00-0425<br>c/w 00-0426<br>c/w 00-0428<br>c/w 00-0443<br>c/w 00-0444<br>c/w 00-0461<br>c/w 00-0462<br>c/w 00-0468 |
| VERSUS | |
| MOBIL OIL CORPORATION, ET AL | SECTION: B(5) |

### TRANSFER ORDER

On April 26, 2000, the undersigned transferred the above listed consolidated actions to Section "F"(5) on the basis that they were related to C.A. 00-0201, for the same reasons these cases had originally been transferred to and consolidated by the Honorable District Judge Marcel Livaudais, Jr. prior to his recusal. The Honorable District Judge Martin L.C. Feldman has determined that these cases are not related and has rejected the transfer. Accordingly, considering L.R. 3.1.1E, the reason cited

APR 28 2000
TRANSFERRED TO

DATE OF ENTRY
APR 2 8 2000

Fee
Process
X /Dktd
CtRmDep
Doc.No. 16

by Judge Feldman, and having determined that the captioned cases are not related,

**IT IS ORDERED** that the above captioned Civil Action Nos. 00-0310 c/w 00-0425 c/w 00-0426 c/w 00-0428 c/w 00-0443 c/w 00-0444 c/w 00-0461 c/w 00-0462 c/w 00-0468, are **DECONSOLIDATED** and severed from each other.

**IT IS FURTHER ORDERED** that the original transfer orders are **REJECTED** and the Clerk of Court is directed to return the cases to the appropriate original sections of Court for further consideration:

```
00-0425    to    "R" (2)
00-0426    to    "T" (2)
00-0428    to    "K" (5)
00-0443    to    "T" (2)
00-0444    to    "R" (2)
00-0461    to    "R" (2)
00-0462    to    "R" (4)
00-0468    to    "R" (1)
```

The undersigned will retain C.A. 00-310"B"(5) pursuant to Judge Livaudais's recusal order.

New Orleans, Louisiana, this 28th day of April, 2000.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2