

**MINUTE ENTRY**
**DUVAL, J.**
**MAY 1, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH** **SCHOOL BOARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0428** |
| **MOBIL OIL CORP., ET AL** | **SECTION "K"(5)** |

In accordance with 28 U.S.C.§ 455(a) and § 455(e) and with Canon 3-C(1) of the Code of Judicial Conduct, the following full disclosure is made by the Honorable Stanwood R. Duval, Jr.:

As recently as 1993, Judge Duval represented plaintiff Terrebonne Parish School Board in a lawsuit against defendant Mobil Oil Corporation.

Following procedures recommended by the Code of Judicial Conduct, each party is hereby requested through his, her or its attorneys to advise the Clerk of Court, no later than ten days from the entry of this Order, whether such party wishes Judge Duval to retain this matter in light of the facts revealed.

DATE OF ENTRY
MAY 0 4 2000

Counsel are directed to advise the Clerk by use of the attached Waiver/Request for Disqualification Form.

If <u>all</u> parties and their counsel choose to waive Judge Duval's disqualification, this Notice and the responses thereto will be made part of the record, and the Judge will retain this case. If a waiver is not received from all parties and counsel, this Notice and any responses will be kept under seal by the Clerk and not shown to the Judge, and the Judge will not be informed of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived by all parties and their counsel, the case will be reassigned to another judge.

Consideration of any pending motions is hereby stayed pending resolution of the issue of disqualification.

*[signature]*

**NOT TO BE FILED IN THE RECORD OR SHOWN TO JUDGE DUVAL**
Date: _____

The Honorable Loretta G. Whyte
Clerk of Court
United States Courthouse
500 Camp Street
New Orleans, Louisiana 70130

Re: <u>Terrebonne Parish School Board v. Mobil Oil, et al.</u>, Civil Action Number 00-0428

Dear Mrs. Whyte:

In accordance with the Court's Minute Entry of _____, and having fully discussed the issues raised in said Minute Entry with my client(s), I hereby advise that my client(s):

   _____ wish Judge Duval retain this matter not withstanding facts disclosed in the Minute Entry.

   _____ wish Judge Duval not retain this matter.

                                           Sincerely,

                                           _____
                                           Attorney's signature

                                           _____
                                           Attorney's name & Bar #
                                           **(please print)**

                                           _____
                                           Attorney's client
                                           **(please print)**