FIL@D
U.S. DISTRICT COURT
EAST??? ??? OF LA

2000 MAY 22 A 10: 15

??? ???YTE

**MINUTE ENTRY
DUVAL, J.
MAY 17, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH
SCHOOL BOARD**                                          CIVIL ACTION

**VERSUS**                                              NO. 00-0428

**MOBIL OIL CORP., ET AL.**                            SECTION "K"(5)

The undersigned, taking cognizance of 28 U.S.C. § 455(a) and 455(e) and Canon 3-C(1) of the Code of Judicial Conduct, and having been informed by the Clerk of Court that all parties have not waived my disqualification as requested in a minute entry of May 1, 2000,

**IT IS ORDERED** that the Clerk of Court **REALLOT** civil action number 00-0428 to a section of this Court other than Section "K."

New Orleans, Louisiana, this 22nd day of May, 2000.

REALLOTTED TO:
SECT. I

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 23 2000

Fee____
Process____
X Dktd__76__
__CtRmDep__
Doc.No. 78