

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-428 |
| TEXACO, INC. | SECTION "I"(5) |

### ORDER

IT IS ORDERED that the plaintiff's Motion to Remand is re-set for hearing before Judge Henry A. Mentz, Jr. on June 21, 2000 without oral argument. Response briefs are due in accordance with the Local Rules.

New Orleans, Louisiana this __24th__ day of __May__, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 2 6 2000