

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-428 |
| TEXACO, INC., ET AL. | SECTION "I" (2) |

### ORDER AND REASONS

Defendant Texaco, Inc. removed this action from Louisiana state court alleging removal jurisdiction under 28 U.S.C. § 1452(a). That section authorizes removal of claims related to bankruptcy cases within the purview of 28 U.S.C. § 1334. Section 1334 creates original federal jurisdiction for all cases arising in or related to cases under Title 11. Texaco alleged that the plaintiff's claims concern Texaco's 1988 bankruptcy discharge and therefore, fall within this court's bankruptcy jurisdiction under Title 11.

After filing the present motion to remand, the plaintiff and Texaco settled their dispute. There is no further possible



connection between the remaining claims and parties in this suit and Texaco's former bankruptcy proceeding that would confer jurisdiction in this Court. There is no diversity jurisdiction among the remaining claims. The remaining claims do not involve the former debtor or bankruptcy action; they involve solely Louisiana state laws of contract and tort. Therefore, this court does not have "arising in or related to" bankruptcy jurisdiction under 28 U.S.C. § 1334, nor any other basis for federal question jurisdiction, and this case must be remanded to state court under 28 U.S.C. § 1447(c).

Accordingly,

IT IS ORDERED that plaintiff Terrebonne Parish School Board's Motion to Remand is GRANTED, remanding this action to the 32nd Judicial District Court for the State of Louisiana, Parish of Terrebonne.

New Orleans, Louisiana this 25th day of August, 2000.

/s/ Henry A. Mentz, Jr.
UNITED STATES DISTRICT JUDGE